UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE MOSS, | CIVIL ACTION NO. 3:11-CV-00689-FLW-LHG |
| Plaintiff, | |
| vs. | **SCHEDULING ORDER** |
| COOPER TIRE & RUBBER COMPANY, | |
| Defendant. | |

**THIS MATTER** having come before the Court on **June 7, 2013,** for a Status Conference; Ronald Grayzel, Esq. of Levinson Axelrod, P.A. and Andrew Nebenzahl, Esq. and Rebecca Rogers, Esq., of Smith Lee Nebenzahl, appearing on behalf of Plaintiff, and Jeffrey L. O'Hara, Esq. and Catherine G. Bryan, Esq. of Clyde & Co US LLP, Sherry Bankhead, Esq. of Johnson Trent and Brandi Doniere, Esq. of Thacker Martinsek LPA, appearing on behalf of Defendant; and for good cause shown,

**IT IS** on this 12th day of June, 2013,

**ORDERED** that the parties will complete all fact discovery, including fact witness depositions and document reviews, by **August 30, 2013**; and it is further

**ORDERED** that a status call with the undersigned shall take place on **September 24, 2013 at 11:30 a.m.** and that defense counsel shall initiate said call; and it is further

**ORDERED** that plaintiff's liability and medical expert reports shall be served no later than **October 30, 2013;** and it is further

**ORDERED** that defendant's liability and medical expert reports shall be served no later than **December 6, 2013**; and it is further

**ORDERED** that expert depositions shall be completed no later than **January 17, 2014**; and it is further

**ORDERED** that a Settlement Conference will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **December 12, 2013, at 10:00 a.m. Counsel and parties with full authority to settle the case are**

1064378v1

**to be present.** Any failure in this regard shall result in the imposition of sanctions; and it is further

**ORDERED** that by **December 9, 2013**, each party is to submit Chambers a confidential letter, on an *ex parte* basis, not to exceed five pages in total, summarizing the relevant facts, the respective legal positions, the status of the case, and the party's position of settlement, including any settlement discussions that have taken place in anticipation of the Settlement Conference. Plaintiff shall serve a settlement demand no later than 20 days prior to the Settlement Conference; and it is further

**ORDERED** that the parties shall prepare and exchange a list of all medical records and bills in their possession regarding plaintiff. The parties shall update these lists as circumstances warrant. Upon request, the parties shall provide any records and bills on the list to opposing counsel.

LOIS H. GOODMAN
United States Magistrate Judge