UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE MOSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COOPER TIRE & RUBBER COMPANY,<br><br>　　　　Defendant. | Civil Action No. 11-689 (PGS)<br><br><br>**PRETRIAL SCHEDULING ORDER** |

　　**THIS MATTER** having come before the Court on **September 24, 2013**, for a telephone status conference; Ronald B. Grayzel, Esq., of Levinson Axelrod, PA, and Rebecca Rogers, Esq., and Andrew Nebenzahl, Esq., of Smith Lee Nebenzahl, LLP, appearing on behalf of Plaintiff; and Jeffrey L. O'Hara, Esq., and Catherine G. Bryan, Esq., of Clyde & Co. US LLP, and Sherry Bankhead, Esq., of Johnson, Trent, West & Taylor LLP, and Brandy Doniere, Esq., in-house counsel to Cooper Tire & Rubber Co., appearing on behalf of Defendant; and for good cause shown,

　　**IT IS** on this **30th** day of **September, 2013**,

　　**ORDERED** that Plaintiffs shall provide its portion of the joint submission regarding trade secrets redaction and other outstanding discovery issues to Defendant by **October 18, 2013**; and it is further

　　**ORDERED** that the parties shall provide the final joint submission to the Court by no later than **November 8, 2013**; and it is further

　　**ORDERED** that a telephone status conference will be held before the undersigned on **November 22, 2013 at 10:00 a.m.** Plaintiff is to initiate the call.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lois H. Goodman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**LOIS H. GOODMAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**